UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Natalie Fatigate | CASE NO: 16-35182 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No. 63<br>Judge: Cecelia G. Morris<br>Hearing Location:<br>Hearing Date: September 27 2016<br>Hearing Time: 9:30 AM<br>Response Date: |

On 8/31/2016, I did cause a copy of the following documents, described below,

Notice of Hearing on Motion to Sell Investment Property Free and Clear of Liens Under Section 363(f) and authorizing distribution of sale proceeds , 63

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/31/2016

/s/ Anne Penachio
Anne Penachio  2461325
Penachio Malara LLP
235 Main Street
White Plains, NY  10601
914 946 2889
jraggo@pmlawllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Natalie Fatigate

CASE NO: 16-35182

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 63
Judge: Cecelia G. Morris
Hearing Location:
Hearing Date: September 27 2016
Hearing Time: 9:30 AM
Response Date:

On 8/31/2016, a copy of the following documents, described below,

Notice of Hearing on Motion to Sell Investment Property Free and Clear of Liens Under Section 363(f) and authorizing distribution of sale proceeds , 63

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/31/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Penachio Malara LLP
Anne Penachio
235 Main Street
White Plains, NY  10601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0208-4
CASE 16-35182-CGM
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE
TUE AUG 30 16-29-18 EDT 2016

WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

WELLS FARGO BANK N.A.
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

WILMINGTON SAVINGS FUND SOCIETY FSB DOING
KNUCKLES KOMOSINSKI & ELLIOTT LLP
565 TAXTER ROAD SUITE 590
ELMSFORD NY 10523-2300

*EXCLUDE*

~~POUGHKEEPSIE DIVISION~~
~~355 MAIN STREET~~
~~POUGHKEEPSIE NY 12601-3315~~

DISCOVER FINANCIAL
ATTN- BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER BANK
DISCOVER PRODUCTS INC
POB 3025
NEW ALBANY OHIO 43054-3025

*EXCLUDE*

~~PENACHIO MALARA LLP~~
~~235 MAIN STREET SUITE 610~~
~~WHITE PLAINS NY 10601-2419~~

SELENE FINANCE LP
9990 RICHMOND STE 100
HOUSTON TX 77042-8500

SHELLPOINT MORTGAGE SE
55 BEATTIE PLACE STE 600
GREENVILLE SC 29601-2165

UNITED STATES TRUSTEE
74 CHAPEL STREET
ALBANY NY 12207-2190

WELLS FARGO BANK NV NA
MAC F8235-02F
PO BOX 10438
DES MOINES IA 50306-0438

WELLS FARGO BANK
PO BOX 13327
ROANOKE VA 24033-3327

WELLS FARGO BANK N.A.
CO STEIN WIENER & ROTH LLP
ONE OLD COUNTRY ROAD SUITE 113
CARLE PLACE NY 11514-1847

WILMINGTON SAVINGS FUND SOCIETY FSB DOING
KNUCKLES KOMOSINSKI & ELLIOTT LLP
565 TAXTER ROAD SUITE 590
ELMSFORD NEW YORK 10523-2300

WILMINGTON SAVINGS FUND SOCIETY FSB DOING
KNUCKLES KOMOSINSKI & MANFRO LLP
565 TAXTER ROAD SUITE 590
ELMSFORD NY 10523-2300

WILMINGTON TRUST NATIONAL ASSOCIATION BUT SOLELY AS TRUSTEE FOR VM TRUST SERIE
CO SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE SC 29603-0826

*EXCLUDE*

~~ANNE J. PENACHIO~~
~~PENACHIO MALARA LLP~~
~~235 MAIN STREET~~
~~SIXTH FLOOR~~
~~WHITE PLAINS NY 10601-2419~~

JEFFREY L. SAPIR-13
AS CHAPTER 13 AND 12 TRUSTEE
399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS NY 10603-1936

*DEBTOR*

NATALIE FATIGATE
8 RICKY COURT
HOPEWELL JUNCTION NY 12533-5015