PENACHIO MALARA, LLP
245 Main Street, Suite 450
White Plains, New York 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
In re                                     :
                                          :  CHAPTER 13
    NATALIE FATIGATE,             :
                                          :  CASE NO.: 16-35182 (CGM)
                             Debtor.    :
------------------------------------------X

## **NOTICE OF VOLUNTARY REDUCTION OF CLAIM FOR LEGAL FEES**

Penachio Malara, LLP hereby agrees to reduce compensation sought as per the Order of May 4, 2018 [Dkt. No. 143] from $10,000.00 to $8,000.00.

Dated: White Plains, New York
       June 4, 2018                                 **PENACHIO MALARA, LLP**

                                                    /s/ Anne Penachio
                                                    Anne Penachio, Esq.
                                                    Counsel to the Debtor
                                                    245 Main Street, Suite 450
                                                    White Plains, NY 10601
                                                    (914) 946-2889